# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

THE INTEGRATED ASSOCIATES OF DENVER, INC., a Delaware corporation, and
THE INTEGRATED ASSOCIATES, INC., a California corporation,

Petitioners,

v.

RYAN B. POPE,

Respondent.

_____

### PETITIONERS' APPLICATION TO VACATE, OR IN THE ALTERNATIVE TO MODIFY, THE ARBITRATION AWARD
_____

Petitioners, The Integrated Associates of Denver, Inc. and The Integrated Associates, Inc., by and through their undersigned counsel, pursuant to 9 U.S.C. §§ 10 and 11, respectfully request this Court to vacate or modify the arbitration award entered on March 7, 2019, as clarified by the arbitrator's order dated April 19, 2019.  In support, Petitioners state as follows:

### PARTIES

1.  Petitioner, The Integrated Associates of Denver, Inc., is a corporation in good standing organized under the laws of Delaware.  The Integrated Associates of Denver, Inc. is no no longer doing business, but is registered to conduct business in Colorado with a principal place of business located at 100 Fillmore Street, Suite 500, Denver, Colorado 80206.

2. Petitioner, The Integrated Associates, Inc., is a corporation in good standing organized under the laws of California. The Integrated Associates, Inc.'s principal place of business is located at 4010 Morena Blvd., Suite 222, San Diego, California 92117.

3. Respondent, Ryan B. Pope, is an individual and resident of Colorado, residing at 2300 Walnut Street, #586, Denver, Colorado 80205.

## JURISDICTION

1. On March 7, 2019, an arbitration award was made by a single arbitrator with the American Arbitration Association ("AAA") in Denver, Colorado. On April 19, 2019, following a request for clarification of the award by Mr. Pope, the AAA arbitrator issued his Order Re: Claimant's Request for Clarification of the Final Award. Copies of the March 7, 2019 award, and the April 19, 2019 Order Re: Claimant's Request for Clarification of Final Award, are attached hereto as *Exhibits 1 and 2*, respectively.

2. Jurisdiction for this Application to Vacate Arbitration Award lies with the U.S. District Court for the District of Colorado because the underlying claims asserted in the arbitration raise diversity jurisdiction under 28 U.S.C. § 1332. The parties engaged in substantive briefing regarding the jurisdiction of the U.S. District Court over the underlying claims in a remand motion filed in the civil action preceding the arbitration proceedings, styled as *Ryan Pope v. The Integrated Associates of Denver, Inc. et al.*, Civil Action No. 16-cv-2588-JLK, U.S. District Court, District of Colorado. A copy of the Order denying Plaintiff's Motion for Remand is attached hereto as *Exhibit 3*.

3. Additionally, Petitioners submit this application to vacate the arbitration award pursuant to Section 10 of the Federal Arbitration Act, 9 U.S.C. § 10(a), which provides that "the

United States court in and for the district wherein the award was made may make an order vacating the award upon the application of any party to the arbitration…"

## APPLICATION TO VACATE ARBITRATION AWARD

For the reasons set forth herein and in the accompanying Memorandum of Law in Support of Petition to Vacate Arbitration Award, and exhibits thereto, the arbitration award entered on March 7, 2019, as clarified by the arbitrator's April 19, 2019 Order, should be vacated or modified pursuant to 9 U.S.C. §§ 10 and 11.

WHEREFORE, Petitioners The Integrated Associates, Inc. and The Integrated Associates of Denver, Inc., respectfully request this Court enter an Order vacating, or in the alternative modifying, the arbitration award.

Respectfully submitted this 7th day of June, 2019.

*s/ Jennifer L. Gokenbach*
Jennifer L. Gokenbach
THE WORKPLACE COUNSEL
3001 Brighton Blvd., Suite 2660
Denver, CO 80216
Telephone: (303) 625-6400
E-mail: jennifer@theworkplacecounsel.com
*Attorney for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing **PETITIONERS' APPLICATION TO VACATE, OR IN THE ALTERNATIVE TO MODIFY, ARBITRATION AWARD**, together with the referenced Exhibits 1-3, with the Clerk of the Court using the CM/ECF system, and effected service via email and/or personal service on the following:

Amy Burma
Burma Law Offices, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
E-mail:  amy@burmalawoffices.com
*Attorney for Plaintiff*

Ryan B. Pope
2300 Walnut Street, #586
Denver, Colorado 80205
Email:  *ryanbpope@gmail.com*

*s/ Jennifer L. Gokenbach*
Jennifer L. Gokenbach